89 So.2d 317

### Rosa Lee HOLLOWAY

v.

### STATE.

### 7 Div. 312.

Supreme Court of Alabama.

July 26, 1956.

Rehearing Denied Sept. 6, 1956.

Ben F. Ray, Birmingham, and Guy Sparks, Anniston, for petitioner.

John Patterson, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

SPANN, Justice.

Petition of Rosa Lee Holloway for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Holloway v. State, 89 So.2d 313.

Writ denied.

LIVINGSTON, C. J., and SIMPSON, and MERRILL, JJ., concur.

92 So.2d 50

### Annie Ray HULING

v.

### STATE.

### 7 Div. 344.

Supreme Court of Alabama.

Jan. 17, 1957.

Love & Hines, Talladega, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

STAKELY, Justice.

The Court has decided that the petition for certiorari must be stricken because it was not filed within the time required by law. We would like to add, however, that a careful consideration of the petition for certiorari shows that it is without merit.

Petition for Certiorari stricken.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

90 So.2d 926

### Ex parte INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW–CIO), Michael Volk, Howard Hovis, Ralph Webster and Felton Dyer.

### 8 Div. 811.

Supreme Court of Alabama.

June 22, 1955.

Thos. S. Adair and J. R. Goldthwaite, Jr., Atlanta, Ga., Sherman B. Powell, Decatur, and Harold A. Cranefield, Detroit, Mich., for petitioners.

Norman W. Harris, Harris & Harris, Decatur, for respondent.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.